November 1, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

CHARLES TRINH D/B/A THYBACH REBID, FARM & RANCH, Appellant

NO. 14-11-00442-CV               V.

LANG VAN BUI, LAO X. DAO, HIEN K. TRAN, VIETNAMESE THERAVADA BUDDHIST SANGHA CONGREGATION, VTEX REALTY, INC., SOPHIA HUYNH, SEAFOOD PIER, LLC, LANDAMERICA PARTNERS TITLE COMPANY, PACIFIC INTERESTS PARTNERS, LP, CHRISTOPHER M. PHAM COMPANY, LLC, CHRISTOPHER M. PHAM, AND LOTUS BUDDHIST CONGREGATION, Appellees

_____

This cause, an appeal from summary judgments in favor of appellees, Lang Van Bui, Lao X. Dao, Hien K. Tran, Vietnamese Theravada Buddhist Sangha Congregation, Vtex Realty, Inc., Sophia Huynh, Seafood Pier, LLC, LandAmerica Partners Title Company, Pacific Interests Partners, LP, Christopher M. Pham Company, LLC, Christopher M. Pham, and Lotus Buddhist Congregation, signed February 14, 2011 and orders granting attorney's fees to appellees, Vietnamese Theravada Buddhist Sangha Congregation, Lotus Buddhist Congregation, Lang Van Bui, and Vtex Realty, Inc., signed May 26, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Charles Trinh d/b/a Thybach Rebid, Farm & Ranch, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.